THE STATE OF MISSOURI *ex rel.* WILLIAM C. RANNEY, Plaintiff in Error, *v.* GEORGE C. THILENEUS, Defendant in Error.

1. State *ex rel.* Circuit Attorney v. Cape Girardeau & State Line R.R., *ante,* p. 468, affirmed.

*Error to Cape Girardeau Circuit Court.*

*L. H. Davis* and *L. Houck,* for plaintiff in erro

*T. C. Fletcher,* for defendant in error.

WAGNER, Judge, delivered the opinion of the court

This case presents but one point, and that is in relation to the power of the Legislature to amend by special enactment a law passed prior to the adoption of the present State constitution. This question has been examined in the case of State *ex rel.* Circuit Attorney v. Cape Girardeau & State Line R.R. Co., *ante,* p. 468 ; and for the reasons therein stated, the judgment must be affirmed. The other judges concur.

---

THE STATE OF MISSOURI, Defendant in Error, *v.* AUGUST SCHIENAMAN, Plaintiff in Error.

1. State v. Warnke, *ante,* p. 451, affirmed.

*Error to Hannibal Court of Common Pleas.*

*A. J. Baker,* Attorney-General, for defendant in error.

*W. H. & G. F. Hatch,* for plaintiff in error.

CURRIER, Judge, delivered the opinion of the court.

Counsel admit that the facts appearing in this record are identical, as to their legal effect, with the facts in the case of The State v. Warnke, *ante,* p. 451. Following that decision, the judgment will be affirmed. The other judges concur.